EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

TRACY A. HINO  #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 04 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00292 DAE |
| Plaintiff, ) | INDICTMENT  CR03-00292 |
| vs. ) | 18 U.S.C. §§ 472 and 2 |
| PAUL PHILLIP WHITE   and  (01) ) ANITA PAMELA MORETON,     (02) ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about May 6, 2003, in the District of Hawaii, PAUL PHILLIP WHITE and ANITA PAMELA MORETON, did with intent to defraud, pass and utter to Longs Drug Store, a falsely made, forged, and counterfeited obligation of the United States, to

wit: a Federal Reserve Note in the denomination of one hundred dollars, Series of 1996, Serial Number HD 36181906B, which they knew to be falsely made, forged, and counterfeited.

    In violation of Title 18, United States Code, Sections 472 and 2.

    DATED: \_\_\_\_June 4\_\_\_\_, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States of America v. Paul Phillip White et al.
"Indictment"